MC-275

Name: ROBEY HAIRSTON

Address: P O BOX 9900
WASCO S.P.
CA 93280

CDC or ID Number: A50636

SACRAMENTO Courts

(Court)

**FILED**

APR 11 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Robey Hairston
Petitioner
vs.
CA [illegible], BARACK OBAMA
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. 2:14 CV 911 AC (HC)
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2010]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

This petition concerns:

- [ ] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [x] Other (specify): __CAL. P.C. 2652 ROBBED FUNDS CRUL UNUSUAL PUNISHMENT__

1. Your name: __RODNEY HAIRSTON KURT__

2. Where are you incarcerated? __WASCO__

3. Why are you in custody?  [x] Criminal conviction   [ ] Civil commitment

   Answer items a through i to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   __FAILURE TO REPORT__

   b. Penal or other code sections: __INF 130 2002__

   c. Name and location of sentencing or committing court: __INDIO__

   d. Case number: __INF 1312002__

   e. Date convicted or committed: __3/28/13__

   f. Date sentenced: __12/29/13__

   g. Length of sentence: __7 YEARS__

   h. When do you expect to be released? __11/17__

   i. Were you represented by counsel in the trial court?  [ ] Yes  [x] No   _If yes, state the attorney's name and address:_

4. What was the LAST plea you entered? (Check one):

   [x] Not guilty  [ ] Guilty  [ ] Nolo contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [x] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. GROUNDS FOR RELIEF
   Ground 1: State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

CAL P.C. 2652, P.C. Cruel unusual punishment
12250.5 CA Lottery has robbed 750 mill from App. Committed Illegal Enhancement violating civil Rights!

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

A/ 12-25-05 CAL Lottery has robbed 750 mill from App. Violating Civil Rights
B/ Illegal enhancement committed, cashing checks committing fraud,
C) Embezzling funds from taxes
D) Falsifying Documents with App Signature
E) Unlawful Discrimination Acts! Racial Hate Crimes! Federal offences made!

Request Background investigation T. 15, 339D

b. Supporting cases, rules, or other authority (optional):
   *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No   If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): 9TH CIRCUT COURT
   b. Result: NA, NONE   c. Date of decision: _____
   d. Case number or citation of opinion, if known: NA
   e. Issues raised: (1) FALSE IMPRISONED
      (2) _____
      (3) _____
   f. Were you represented by counsel on appeal? ☒ Yes ☐ No   If yes, state the attorney's name and address, if known: PO PQR

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No   If yes, give the following information:
   a. Result: _____   b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

11. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:

    CAL PC 2652 / ROBBERY

    b. Did you seek the highest level of administrative review available? ☒ Yes ☐ No
       Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes   If yes, continue with number 13.   ☒ No   If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
   NA

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
   CAL. 2652 CRUEL UNUSUAL PUNISHMENT ROBBED FUNDS
   T.I.S. Employee conduct

16. Are you presently represented by counsel? ☒ Yes   ☐ No   If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes   ☒ No   If yes, explain:
   FALSE IMPRISONED

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
   ROBBED FUNDS CAL. P.C. 2652 CRUEL UNUSUAL PUNISHMENT -
   ROBBED FUNDS T.I.S. Employee Conduct -

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 4 9 14

▶ Robert Hampston
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2010]   PETITION FOR WRIT OF HABEAS CORPUS   Page 6 of 6

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 10/06)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME(PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Robby Hairston | A50636 | | | A4 1934 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disibility shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you. If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
Edu Mel Dis, Bypolar

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
POC

DESCRIBE THE PROBLEM:
MED, Moodswings

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
MED, EopHas, No Fee Charges or Time Restraints

INMATE/PAROLEE'S SIGNATURE: Robey Hairston

DATE SIGNED: 4/9/14